# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARY ANN SIZEMORE, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:15-cv-00897-TSB |
| vs. ) ) | Judge Timothy S. Black |
| ANTHEM, INC., and COMMUNITY INSURANCE COMPANY, ) ) ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE SECTION 1407 TRANSFER MOTION

This matter came before the Court on Plaintiff Mary Ann Sizemore and Defendants Anthem, Inc. and Community Insurance Company's Joint Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion and the Memorandum in Support. The Court, being duly advised, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT this action and all deadlines are stayed until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL centralization in *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in this case, or (b) if centralization is denied, 21 days after the JPML acts.

Date: 3/24/15         */s/Timothy S. Black*
                      Timothy S. Black
                      United States District Judge